ROB BONTA  
Attorney General of California  
SHARON A. GARSKE  
Supervising Deputy Attorney General  
C. HAY-MIE CHO  
State Bar No. 282259  
Deputy Attorney General  
455 Golden Gate Avenue, Suite 11000  
San Francisco, CA 94102-7004  
Telephone: (415) 510-4433  
Facsimile: (415) 703-5843  
E-mail: HayMie.Cho@doj.ca.gov  
*Attorneys for Defendant*  
*S. Benavides*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GILBERT O. LUNA,**<br><br>Plaintiff,<br><br>v.<br><br>**S. BENAVIDES,**<br><br>Defendant. | Case No. 3:20-cv-09307-CRB (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); [PROPOSED] ORDER** |

Plaintiff Gilbert O. Luna and Defendant S. Benavides have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

IT IS SO STIPULATED.

1

Stip. Voluntary Dismissal; [Proposed] Order (3:20-cv-09307-CRB (PR))

Dated: 8-16-21

_____
Gilbert O. Luna
Pro Se Plaintiff

Dated: August 17, 2021

_____
C. Hay-Mie Cho
Deputy Attorney General
California Attorney General's Office
Attorney for Defendant
S. Benavides

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED:

Plaintiff's complaint is dismissed in its entirety with prejudice. Each side shall bear its own attorneys' fees and costs.

Dated: August 18, 2021

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

SF2021400622
42827338.docx

2

Stip. Voluntary Dismissal; [Proposed] Order  (3:20-cv-09307-CRB (PR))